IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                 Plaintiffs,<br>vs.<br>ERIC DONALD GRABBER,<br>                 Defendant. | Case No. 4:13-cr-00002-RRB |

## ORDER RE: NOTICE AT DOCKET 120

On October 18, 2022, Mr. Grabber filed a set of documents in a criminal case. A copy of these documents was mailed to the Court's chambers. The above-captioned case is a long-closed criminal action. The Court discharged Mr. Grabber from Supervised Release on September 1, 2021.[1]

At Docket 120, Mr. Grabber submits (1) a notice addressed to the Court and to the Clerk of Court; (2) Standard Forms 28, 24, 25, and 25A from the General Services Administration of the U.S. Government; (3) Optional Form 91 from the General Services Administration of the U.S. Government; (4) Form 1040-V from the Internal Revenue Service of the U.S. Department of Treasury; (5) a "certificate" that appears to be a falsely created document purported to be from the U.S. Department of State and signed by Former Secretary of State, Michael Pompeo; (6) a "certificate of office" allegedly from the State of Indiana that likely also has

---

[1] Docket 119.

fraudulent signatures of state government officials; and (7) a color copy of Mr. Grabber's birth certificate.[2] The "Notice to the Agent is Notice to the Principal[,] Notice to the Principal is Notice to the Agent" alleges that the U.S. District Court for the District Court of Alaska "sold bond and/or securities" with Mr. Grabber's legal name and social security number. The notice alleges the bonds "authorize [the Court] to order the release of the defendant/surety from prison and/or conditions of release."[3] Further, the letter appears to conflate standard financial terms, federal criminal procedure, and principles of contract and property law into either a demand letter or purported "Private Settlement Agreement Judgment."[4]

While most of this notice is largely incomprehensible, either legally or in general written form, the following "relief" is demanded: "1) RECALL all the bonds/securities which were previously sold in my name and social security number, and refund these monies to me; 2) Obtain your funding through the bonds enclosed; 3) Send a statement of account showing a zero (0) balance, and check for all bond monies previously received on this account, to the above mail location; 4) Release the defendant/surety from confinement and all conditions of supervised

---

[2] Docket 120

[3] Docket 120 at 1.

[4] *See* Docket 120 at 2.

4:13-cr-00002-RRB, *USA v. Grabber.*
Order Re: Notice at Docket 120.
Page 2 of 4

release, immediately."[5]  The notice also portends that "default" will constitute a "confession to securities fraud, tax fraud, breach of fiduciary duty and false imprisonment" and a fee of $50,000,000.00.[6]

This is the third "notice" using Sovereign Citizen theories delivered to the Court. In the Court's prior Order at Docket 113, the Court explained in detail to Mr. Grabber how the functions of these theories were falsely premised on ill-conceived constructions of inapplicable law or falsehoods of government actions, financial products, or what types of relief may be available from a federal district court. With this notice, the Court finds this to be a new or reconstituted form of the Redemption Scheme, previously explained at Docket 113.

This is a closed criminal action. Mr. Grabber is neither subject to physical confinement with the Bureau of Prisons, nor Supervised Release.[7] As Mr. Grabber no longer remains under the custodial jurisdiction of this Court, the Court declines to address this newly presented form of the Redemption Scheme.[8] Mr. Grabber may reference the Court's Order at Docket at 113 for more information.

---

[5] Docket 120 at 3.

[6] Docket 120 at 4.

[7] Docket 118.

[8] Caesar Kalinowski IV, *A Legal Response to the Sovereign Citizen Movement*, 80 Mont. L. Rev. 153, 165 (2019).

For clarity, a federal district court only has the jurisdiction and powers bestowed to it by the U.S. Constitution and Congress.[9] A federal district court cannot issue financial bonds or other financial instruments. No financial accounts in Mr. Grabber's name or his social security number exist within the control of the Court. Lastly, the Court cannot release him from confinement or supervised release, because he is not subject to either of these liberty restrictions.

**IT IS THEREFORE ORDERED:**

1. No further action will be taken to the "Notice" at Docket 120.

2. This criminal case is closed. The Court will not accept further filings from Mr. Grabber as a self-represented defendant in the above-captioned case. Additionally, mailings to chambers constitute inappropriate correspondence and will not be given a response.

3. The Court continues to caution Mr. Grabber as to the "Sovereign Citizen" movement which has been largely rejected through the country.

DATED at Anchorage, Alaska, this 24th day of October, 2022.

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
Senior United States District Judge

---

[9] U.S. Const. Art. III.